**Dan MARTINEZ, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27138.

Court of Criminal Appeals of Texas.

Nov. 3, 1954.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for a violation of the liquor law in Lubbock County; the penalty assessed is a fine of $200.

The record is before us without a statement of facts or bills of exception. All matters of procedure appear regular.

The judgment of the trial court is therefore affirmed.